| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Scott Kosner, SBN 172379<br>LAW OFFICES OF TYSON TAKEUCHI<br>1055 Wilshire Blvd., Suite 850<br>Los Angeles, CA 90017<br>Tel 213.637.1566<br>Fax 888.977.6310<br>tyson@tysonfirm.com<br>scottk@tysonfirm.com<br><br><br>*Counsel of Record for Debtor* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 02 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** carranza **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Mary Drell<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:17-bk-10560-VZ<br><br>CHAPTER 13 (or, if case is converted, CHAPTER ___)<br><br>**ORDER ☒ GRANTING ☐ DENYING FEE APPLICATION IN "RARA" CHAPTER 13 CASE IN WHICH A PLAN WAS NOT CONFIRMED AND THE CASE WAS ☒ DISMISSED or ☐ CONVERTED**<br><br>[LBR 2016-1(a)(1); 3015-1(q)(6)(A)]<br><br>☒ No hearing was requested [LBR 3015-1(q)(6)(A)(i)(II)]<br><br>☐ Hearing Information [LBR 9013-1(d)]<br><br>DATE:<br>TIME:<br>CTRM: 1368, Roybal Federal Building<br>      255 E. Temple St. Los Angeles, CA 90012 |

Having reviewed the application (*see docket* #22) and supporting documents, IT IS ORDERED:

1. ☒ The application is GRANTED; and

    a. **Administrative Expense**. This claim qualifies as an administrative expense for pro rata distribution by the chapter 13 trustee [11 U.S.C. § 503(b); LBR 3015-1(q)(6)(A)(i)].

    b. **Amount Allowed**. The amount of fees and costs allowed is:

        ☒ Unpaid fees and costs asserted under a Rights and Responsibilities Agreement (RARA);

---

This form is approved for use in cases presided over by the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge

    Fees: $4910.00    Costs: $_____

☐ Supplemental fees and costs for services not included in the base RARA fee; and/or

    Fees: $_____    Costs: $_____

☐ Fees and costs for services rendered under another fee agreement

    Fees: $_____    Costs: $_____

**TOTAL ADMINISTRATIVE CLAIM ALLOWED**: $_____

2. ☐ Application is DENIED

3. ☐ OTHER:

###

Date: April 2, 2018

/s/ Vincent P. Zurzolo
Vincent P. Zurzolo
United States Bankruptcy Judge

This form is approved for use in cases presided over by the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge

January 2017    Page 2    **VZ ORDER.CH13.RARA.FEES**